# EXHIBIT 8

**Intentionally Left Blank – Document designated "Confidential" by Defendant(s) is submitted to Court for in camera review**